UNITED STATES of America,
Plaintiff–Appellee,

v.

AMERICAN SOCIETY OF COMPOS-
ERS, AUTHORS, AND PUBLISH-
ERS, Defendant–Appellant.

In the Matter of Application of TURN-
ER BROADCASTING SYSTEM,
INC., Applicant–Appellee,

For the Determination of Reasonable
License Fees.

In the Matter of the Applications of USA
NETWORK, Lifetime Television, the
Discovery Channel, the CBN Family
Channel, Black Entertainment Cable
Network, Arts & Entertainment Cable
Network, the Disney Channel, Home
Box Office Inc., Showtime Networks
Inc., MTV Networks Inc., Opryland
USA, Inc., Playboy Video Entertain-
ment Group, Inc., American Movie
Classics Company, Sportschannel
Prism Associates, Bravo Company, and
Country Music Television, Inc., Appli-
cants–Appellees.

For Licenses for their Cable
Program Services.

No. 718, Docket 91–6212.

United States Court of Appeals,
Second Circuit.

Argued Jan. 15, 1992.

Decided Jan. 24, 1992.

Jay Topkis, New York City (Allan Blum-
stein, Robert N. Kravitz, Daniel McNeel
Lane, Jr., Paul, Weiss, Rifkind, Wharton &
Garrison, Ross Charap, Bernard Korman,
of counsel), for defendant-appellant AS-
CAP.

R. Bruce Rich, New York City (Kenneth
L. Steinthal, Evie C. Goldstein, Weil, Gotsh-
al & Manges, of counsel), for applicants-
appellees USA Network, Lifetime Tele-
vision, CBN Family Channel, Black Enter-
tainment Cable Network, Playboy Video
Entertainment Group, Inc. and Cable Edu-
cational Network, Inc.

Bruce D. Sokler, Washington, D.C. (Lisa
W. Schoenthaler, Leslie Ballou Calandro,
Mintz, Levin, Cohn, Ferris, Gilovsky and
Popeo, Washington, D.C., David Dunn,
Davis, Markel & Edwards, New York City,
of counsel), for applicant-appellee Turner
Broadcasting System, Inc.

Robert D. Joffe, Cravath, Swaine &
Moore, New York City, on the brief, for
applicant-appellee Home Box Office, Inc.

Philip R. Hoffman, Pryor Cashman Sher-
man & Flynn, New York City, on the brief,
for applicants-appellees Opryland USA,
Inc. and Country Music Television, Inc.

Alan J. Hartnick, Colton, Hartnick, Ya-
min & Sheresky, New York City, on the
brief, for applicant-appellee Arts & Enter-
tainment Cable Network.

Thomas J. Agnello, Jr., Simpson Thacher
& Bartlett, New York City, on the brief,
for applicant-appellee Disney Channel.

Robert J. Sisk, Norman C. Kleinberg,
Michael E. Salzman, Charles Lozow, Pa-
draig A. O'Riordain, Hughes Hubbard &
Reed, New York City, on the brief, for
amicus curiae Broadcast Music, Inc.

Before TIMBERS, MESKILL and
CARDAMONE, Circuit Judges.

PER CURIAM:

This is an appeal from the grant of sum-
mary judgment and the entry of an injunc-
tion by the United States District Court for
the Southern District of New York, Doling-
er, *M.J.*, on applicants' request for certain
licenses from the defendant-appellant
American Society of Composers, Authors
and Publishers (ASCAP) pursuant to the
provisions of a consent judgment between
ASCAP and the Department of Justice.
*United States v. ASCAP*, No. Civ. 13–95
(S.D.N.Y. Mar. 14, 1950).

The judgment of the district court is affirmed substantially for the reasons stated by Magistrate Judge Dolinger in his Memorandum and Order dated July 11, 1991, as corrected by Order dated August 6, 1991, his Memorandum and Order dated August 8, 1991, and his Order and Judgment dated August 8, 1991, entered as a final judgment pursuant to Fed.R.Civ.P. 54(b). 782 F.Supp. 778 (S.D.N.Y.1991).